People v Wisdom (2023 NY Slip Op 06600)

People v Wisdom

2023 NY Slip Op 06600

Decided on December 21, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 21, 2023

Before: Manzanet-Daniels, J.P., González, Scarpulla, Mendez, Higgitt, JJ. 

Ind No. 4610/15, 3399/16 Appeal No. 1278-1278A Case No. 2019-03703 

[*1]The People of the State of New York, Respondent,
v
Simone Wisdom, Defendant-Appellant. 

Twyla Carter, The Legal Aid Society, New York (Katherine M.A. Pecore of counsel), for appellant.

Judgments, Supreme Court, New York County (Diane Kiesel, J.), rendered May 28, 2019, convicting defendant, upon her pleas of guilty, of assault in the second degree and bail jumping in the second degree, and sentencing her to an aggregate term of two years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharges and fees imposed on defendant at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharges and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 21, 2023